UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

06-22921

CIV - GOLD

MAGISTRATE JUDGE
TURNOFF

ROTHSCHILD TRUST
HOLDINGS, LLC

        Plaintiff,

vs.                            CASE NO.:

ORB NETWORKS, INC.,

        Defendant.
_____/

## COMPLAINT

Plaintiff, Rothschild Trust Holdings, LLC ("Trust, LLC"), sues Defendant, Orb Networks, Inc. ("Orb") for patent infringement, and in support alleges the following:

## PARTIES

1. Trust, LLC is a Florida limited liability company with its principal place of business in Miami-Dade County, Florida.

2. Orb is a Delaware corporation with its principal place of business in Emeryville, California.

## JURISDICTION AND VENUE

4. This is an action for patent infringement arising under the patent laws of the United States, specifically 35 U.S.C. § 271, *et seq.*

5. Jurisdiction in this Court is founded under 28 U.S.C. §§ 1331, 1332(a), and 1338(a).

**BROAD and CASSEL**
One Biscayne Tower, 21st Floor  2 South Biscayne Blvd.  Miami, Florida 33131-1811  305.373.9400

6. Orb is subject to personal jurisdiction in this district pursuant to Fla. Stat. § 48.193 because it has transacted business in this district, contracted to supply services or products in this district, and/or caused tortious injury in this district.

7. Venue in this district is appropriate pursuant to 28 U.S.C. § 1391 and 1400(b) because a substantial part of the events giving rise to this claim occurred in this district, Trust, LLC has suffered injury in this district, Defendant resides in this district under the patent venue statute, or Defendant has committed acts of patent infringement and/or induced the commission of acts of patent infringement in this district.

## COUNT I – INFRINGEMENT OF U.S. PATENT 6,101,534

8. Trust, LLC realleges paragraphs 1 through 7 as if fully set forth herein.

9. Trust, LLC is the owner by assignment of United States Patent No. 6,101,534 ("the '534 patent"), entitled "Interactive, Remote, Computer Interface System." The '534 patent was duly and lawfully issued on August 8, 2000 by the United States Patent and Trademark Office and is now, and has been at all times since its date of issue, valid and enforceable. A copy of the '534 patent is attached as Exhibit "A." A copy of the assignment is attached as Exhibit "B."

10. The '534 patent relates to an interactive, remote, computer interface system.

11. Defendant makes, uses, imports, sells and/or offers to sell, within the United States, interactive, remote, computer interface systems, including at least a system

2

known as "MyCasting" as well as associated products, that directly and/or contributorily infringe, and/or induce infringement of, one or more of the claims of the '534 patent.

12. Defendant will continue to infringe in the future unless enjoined by the Court.

13. Trust, LLC has been damaged by Defendant's infringement of the '534 patent in an amount in excess of $75,000, exclusive of interest, fees and costs.

WHEREFORE, Trust, LLC seeks the following relief:

A. That the Court find Defendant liable for direct infringement of the '534 patent, either literally or under the doctrine of equivalents, and/or that Defendant has contributorily infringed and/or induced infringement of the '534 patent.

B. That Defendant, and all of its agents, servants, employees, successors, and assigns, and all persons acting in concert or active participation with Defendant, be preliminarily and permanently enjoined and restrained

(i) from making, using, importing, selling, and/or offering to sell products, related products, or other goods in the United States that infringe on the '534 patent.

(ii) to deliver up for destruction all products, related products, or any other goods that infringe on the '534 patent.

3

    (iii) to file with the Court and serve upon Trust, LLC written reports under oath setting forth in detail the manner in which Defendant has complied with the injunction.

  C. That the Court order an accounting for damages resulting from Defendant's infringement.

  D. That the Court award Trust, LLC damages due to Defendant's infringement of the '534 patent.

  E. That the Court award Trust, LLC its taxable costs and expenses.

  F. That the Court award Trust, LLC both pre-judgment and post-judgment interest.

  G. Such further relief as the Court deems just and proper.

4

## JURY DEMAND

Trust, LLC demands trial by jury on all issues so triable.

Respectfully submitted, this 1st day of December, 2006.

>BROAD AND CASSEL
>Attorneys for Plaintiff.
>One Biscayne Tower, 21st Floor
>2 South Biscayne Boulevard
>Miami, Florida 33131
>Telephone: 305.373.9425
>Facsimile:  305.995.6397
>
>By: _____
>Mark F. Raymond, P.A.
>Florida Bar No. 373397
>MRaymond@BroadandCassel.com
>Rhett Traband, P.A.
>Florida Bar No. 0028894
>RTraband@BroadandCassel.com

MIA1\COMMLIT\359681.1

37205/0001

5

**BROAD and CASSEL**
One Biscayne Tower, 21st Floor  2 South Biscayne Blvd.  Miami, Florida 33131-1811  305.373.9400

%JS 44 (Rev. 11/05)

# CIVIL COVER SHEET

**06-22921**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)    **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

### I. (a) PLAINTIFFS
Rothschild Trust Holdings, LLC

### DEFENDANTS
Orb Networks, Inc.

CIV - GOLD

**(b)** County of Residence of First Listed Plaintiff: Miami-Dade
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Emeryville, CA
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Rhett Traband
Broad and Cassel
2 South Biscayne Blvd., 21st Floor
Miami, FL 33131

Attorneys (If Known)
William G. Goldman
DLA PIPER

MAGISTRATE JUDGE
TURNOFF

**(d)** Check County Where Action Arose: ✓ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
✓ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ✓ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ✓ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | | |

MIA 06CV22921 Gold Turnoff

FILED by ___ D.C.
INTAKE
DEC 04 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ✓ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

### V. ORIGIN (Place an "X" in One Box Only)
✓ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ✓ NO    b) Related Cases ☐ YES ✓ NO
JUDGE                                      DOCKET NUMBER

### VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
25 U.S.C. Sections 1331, 1332, and 1338 Patent Infringement

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ✓ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD
DATE 12-1-06

FOR OFFICE USE ONLY
AMOUNT 350    RECEIPT # 950862    IFP